David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MIGUEL-ANGEL MARTINEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL-ANGEL MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No.: **2:18-cv-02058-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN MIGUEL-ANGEL MARTINEZ AND <u>TRANS UNION, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between MIGUEL-ANGEL MARTINEZ ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against TRANS UNION, with Prejudice, within 60 days. Plaintiff requests that all pending

dates and filing requirements as to TRANS UNION be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to TRANS UNION.

Dated: January 17, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*MIGUEL-ANGEL MARTINEZ*

**IT IS ORDERED** that the settling parties shall have until **March 18, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 18, 2019

Peggy A. Leen
United States Magistrate Judge